Edmund Bell, Administrator of the Estate of Anthony Bell, Deceased, Plaintiff-Appellant, v. Board of Education, City of Chicago, Defendant-Appellee.

Gen. No. 53,268. (Abstract of Decision.)

First District, Second Division.
November 18, 1969.

Merwin B. Auslander, of Chicago, for appellant; Gordon & Reicin, of Chicago, for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.